JS-6

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELA SILVAS PADILLA, an individual | Case No. 5:22-cv-01646-GW-SP |
| Plaintiff, | Hon. George Wu |
| v. | ~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED: March 30, 2023

_George H. Wu_
Honorable George Wu
United States District Judge

- 1 -